Stephanie A. Hingle (SBN 199396)
Rebecca Kim (SBN 276163)
KUTAK ROCK LLP
777 South Figueroa St., Suite 4550
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email:     Stephanie.Hingle@KutakRock.com
Email:     Rebecca.Kim@KutakRock.com

Attorneys for Defendants
NIKE INC., NIKE RETAIL SERVICES
INC., and NIKE USA INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBIN BROUILLETTE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NIKE, INC.; NIKE RETAIL SERVICES, INC.; NIKE USA, INC.; and DOES 1-50, inclusive;<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-02006 DMG (KESx)<br><br>Assigned to Honorable:<br>District Judge Dolly M. Gee<br>Courtroom: 8C<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER**<br><br>Action Filed: December 24, 2020<br>Removal Date: February 4, 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -　Case No. 2:21-cv-02006 DMG (KESx)

[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER

4822-5211-0054.1

# [~~PROPOSED~~] ORDER

**IT IS SO ORDERED** that the terms and conditions of this Stipulated Protective Order ("Protective Order") shall control the handling of all confidential information, documents, or things exchanged in this litigation. Any and all such information shall be used exclusively for purposes of this litigation.

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation for Protective Order.

**IT IS SO ORDERED.**

Dated: May 7, 2021    DISTRICT COURT MAGISTRATE JUDGE

*Karen E. Scott*
_____
HONORABLE KAREN E. SC9TT

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES